**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 26-CR-142 (ACR)** |
| | : | |
| **MALIKTRA DERENORCOURT and PHILIPPE GADIE** | : | |
| | : | |
| **Defendants.** | : | |

**GOVERNMENT'S MOTION TO FILE THE INSTANT MOTION UNDER SEAL AND TO PUBLISH REDACTED INDICTMENT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves the Court for permission to file the instant motion under seal and further moves the Court to publish the attached redacted Superseding Indictment (Exhibit A) to the Court's docket and to unseal the docket as to defendant Maliktra Derenorcourt only in the above-captioned case.

The United States requests that the case remain sealed as to the other defendant named in the Indictment who has not yet been arrested.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney
D.C. Bar No. 481052

By: */s/ Caelainn Carney*
CAELAINN CARNEY
Assistant United States Attorney
N.Y. Bar Number 5751672
601 D Street NW
Washington, D.C. 20530
Caelainn.carney@usdoj.gov