**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 26-CR-142 (ACR)** |
| | : | |
| **MALIKTRA DERENORCOURT and PHILIPPE GADIE** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER REGARGING GOVERNMENT'S MOTION TO FILE THE INSTANT MOTION UNDER SEAL AND TO PUBLISH REDACTED INDICTMENT**

Based on the representations in the Government's Motion to Seal and to Publish Redacted Indictment, it is hereby:

**ORDERED** that this Order, and the attached Government motion to seal, shall be filed under seal in the Criminal Clerk's office until further order of this Court; and it is

Further **ORDERED** that the Criminal Clerk's office shall publish the redacted version of the indictment; and

____________________________________
Moxila A. Upadhyaya
United States Magistrate Judge
For the District of Columbia